IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 2:19-cr-60-KS-MTP

EARNEST ROMOND BRELAND

## ORDER FOR THE RETURN OF PROPERTY

Before this Court is the United States of America's Motion for an Order to Return Property. Mot. for an Order to Return Property, ECF No. 53.   The Court entered an Agreed Preliminary Order of Forfeiture on July 29, 2020 (ECF No. 46), forfeiting a **Glock GMBH 22 Pistol CAL:40 SN:NME237 (19-ATF-040821)** to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Because the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has determined that the firearm was stolen, it seeks an Order from this Court to return the stolen firearm, a **Glock GMBH 22 Pistol CAL:40 SN:NME237 (19-ATF-040821),** to its rightful owner.

Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED.   NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the ATF shall return the stolen firearm to its rightful owner as soon as practicable.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this ___7th___ day of ___October_____, 2020.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE